JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **KPC Healthcare, Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **Hudson Specialty Insurance Company**, <br><br> Defendant. | Case No. SACV 16-01483 AG (DFMx) <br><br> **JUDGMENT** |

The Court enters judgment for Plaintiff and against Defendant.

Dated April 10, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT